IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE BLANCHARD II, | : | Civil No. 3:23-cv-159 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| DIPTI AMIN, *et al.*, | : | |
| Defendants | : | |

FILED
SCRANTON
APR 21 2023
PER _____
DEPUTY CLERK

## ORDER

**AND NOW**, this 21st day of April, 2023, upon consideration of Plaintiff's motion (Doc. 17) wherein he requests that the Court order Defendants to send all correspondence and effect all service of filings upon him by using the Pennsylvania Department of Corrections' mail procedures, instead of sending mail to him through Smart Communications, and because Plaintiff is incarcerated and does not have an attorney-client relationship with defense counsel in this matter, they are required to send non-privileged mail through Smart Communications,[1] accordingly, **IT IS HEREBY ORDERED THAT:**

---

[1] Under DOC policy DC-ADM 803, incoming inmate mail is divided into two categories: privileged and non-privileged. *See* DC-ADM 803 § I(A)(3)-(4) (available at https://www.cor.pa.gov/About%20Us/Pages/DOC-Policies.aspx) (last visited April 21, 2023). Privileged mail contains essential, confidential, attorney-client communication and is sent to the prison where the inmate is housed. *Id.* All non-privileged mail, however, must be sent to Smart Communications, an outside service located in St. Petersburg, Florida, which scans the mail and sends it electronically to staff at the inmate's facility. *Id.*

1.  The motion (Doc. 17) is **DENIED**.

_____
Robert D. Mariani
United States District Judge