IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE BLANCHARD II, | : | Civil No. 3:23-cv-159 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| DIPTI AMIN, *et al.*, | : | |
| Defendants | : | |

FILED
SCRANTON
APR 21 2023
PER _____
DEPUTY CLERK

## ORDER

**AND NOW**, this 21st day of April, 2023, upon consideration of Plaintiff's motion (Doc. 20) for leave to file an amended complaint, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 20) is **GRANTED**.

2. On or before June 5, 2023, Plaintiff shall **FILE** an amended complaint which shall contain the same case number that is already assigned to this action, 3:23-cv-159, and shall be direct, concise, and shall stand-alone without reference to any other document filed in this matter, and shall fully comply with Federal Rules of Civil Procedure 8 and 20. The amended complaint will be the governing pleading in this action and will supersede all previously filed pleadings.

3. Failure to file an amended complaint within the time period set forth above will result in the matter proceeding on the original complaint.

_____
Robert D. Mariani
United States District Judge